FEBRUARY 28, 1984

GRIEVANCE ADMINISTRATOR v BRAZZELL. (Docket No. 71447.) Leave to appeal denied. *David F. DuMouchel*, Chairman, Attorney Grievance Commission, *Michael Alan Schwartz*, Grievance Administrator, and *Cynthia Courtric Charles*, Counsel, for petitioner Grievance Administrator. *Alvin O. Brazzell, in propria persona*, respondent.

FEBRUARY 29, 1984

McDONALD v ATTORNEY GRIEVANCE COMMISSION. (Docket No. 71436.) The motion to waive fees is denied; accordingly, the complaint, *in propria persona*, for mandamus is dismissed without consideration on the merits. Catherine McDonald, *in propria persona*, petitioner. *Michael Alan Schwartz*, Grievance Administrator, and *Louis Rosenzweig*, counsel to Grievance Administrator, for respondent.

MARCH 6, 1984

PEOPLE v LATTY. (Docket No. 70739.) Rehearing denied. *Frank J. Kelley*, Attorney General, *Louis J. Caruso*, Solicitor General, *Robert L. Kaczmarek*, Prosecuting Attorney, and *Patrick M. Meter*, Chief Assistant Prosecuting Attorney, for the people, appellant. State Appellate Defender, *Chari Grove*, Assistant Defender, for defendant-appellee. Reported *ante*, 189.

FALK v STATE BAR OF MICHIGAN. (Docket No. 60722.) Rehearing denied. *Allan Falk, in propria persona. George E. Bushnell, Jr.*, for defendant. Reported *ante*, 270.

MARCH 8, 1984

GRIEVANCE ADMINISTRATOR v FAZIO. (Docket No. 72686.) Leave to appeal denied. *Michael Alan Schwartz*, Grievance Administrator, *Eugene N. LaBelle*, Deputy Grievance Administrator, and *William E.*